## CANNON *v.* UNITED STATES.

ERROR TO THE SUPREME COURT OF THE TERRITORY OF UTAH.

Decided May 10, 1886.

As the court had no jurisdiction in this case, 116 U. S. 55, and it was decided at the present term, the judgment is vacated, the mandate recalled, and the writ of error dismissed.

This case was argued on the 20th and 23d of November, 1885, and decided December 14, 1885. 116 U. S. 55. The reasons for setting aside the judgment and dismissing the writ of error are stated in the opinion of the court.

*Mr. Franklin S. Richards,* one of the counsel for plaintiff in error in *Snow* v. *United States, ante* 346, was counsel for plaintiff in error in this case.

MR. JUSTICE BLATCHFORD delivered the opinion of the court.

The decision in *Snow* v. *United States, ante,* p. 346, dismissing the writs of error for want of jurisdiction, shows that there was no jurisdiction of the writ of error in this case. As the decision reported in 116 U. S. 55, was made at the present term, the judgment rendered on the 14th of December, 1885, affirming the judgment of the Supreme Court of the Territory of Utah, is set aside and vacated; the mandate is recalled; and

*The writ of error is dismissed.*